UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00120-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| FREDERICK MAURICE BROWN, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's pro se Motion for Reduced Sentence under the First Step Act (Doc. No. 79) and for the United States' Motion for an Extension of Time (Doc. No. 83).

On December 10, 2019, Defendant filed this Motion for a Reduced Sentence under the First Step Act. (Doc. No. 79). On May 19, 2020, the Government responded in opposition and requested an extension of time. (Doc. Nos. 82-83). Subsequently, the Defendant has already been released from prison after serving his sentence of 121 months. Therefore, the Motions for a Reduced Sentence under the First Step Act (Doc. No. 79) and Motion for an Extension of Time (Doc. No. 83) are MOOT.

IT IS SO ORDERED.

Signed: October 9, 2020

Frank D. Whitney
United States District Judge

SEALED DOCUMENT with access to Court Only.